IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WHITE SANDS FEDERAL CREDIT UNION,

    Plaintiff,

v.                                    Case No. 2:23-cv-00966-KG-GBW

DAVID DANIEL, in his capacity as Personal
Representative of the Estate of Michael B. Evins,
MELISSA J. REEVES-EVINS, and AUDREY EVINS,

    Defendants,

and

DAVID DANIEL,

    Defendant/Cross-Claimant,

v.

MELISSA J. REEVES-EVINS AND AUDREY EVINS,

    Defendants/Cross-Claimant Defendants.

## ORDER GRANTING MOTION TO INTERVENE

THIS MATTER having come before the Court upon the Heather Johnson's and Kyle Evins' unopposed Motion to Intervene (Doc. 43), and the Court having considered the Motion, FINDS that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1.    Heather Johnson and Kyle Evins are allowed to intervene in this matter; and

2.    Heather Johnson and Kyle Evins may file the proposed pleadings attached as exhibits to their Motion to Intervene.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
**JENNINGS HAUG KELEHER McLEOD WATERFALL LLP**
By: _/s/ Cassandra R. Malone_
Cassandra R. Malone
Lauren R. Wilber
201 Third Street NW, Suite 1200
Albuquerque, New Mexico 87102
Telephone: (505) 346-4646
crm@jkwlawyers.com
lrw@jkwlawyers.com
*Attorneys for Heather Johnson and Kyle Evins*

APPROVED AS TO FORM:
By: _No objection via 8/5/24 email_
**David P Lutz**
Martin, Lutz, Roggow, Hosford & Eubanks, PC
PO Drawer 1837
Las Cruces, NM 88004-1837
575-526-2449
dplutz@qwestoffice.net
*Attorney for White Sands Federal Credit Union*

By: _Approved via 8/5/24 email_
**Michele Ungvarsky**
Estrada Law, P.C. d/b/a E-Law NM, P.C. NM
1340 Picacho Hills Drive
Las Cruces, NM 88007
575-556-2462
Fax: 575-556-2464
Email: mu@e-lawnm.com
*Attorney for David Daniel*

By: _Approved via 8/5/24 email_
**Jamie L. Allen**
Modrall, Sperling, Roehl, Harris & Sisk
PO Box 2168
Albuquerque, NM 87103-2168
505-848-1800
Fax: 505-848-9710
Email: jallen@modrall.com
*Attorneys for Audry Evins*

By: _No objection via 8/5/24 email_
**Rachel C. Moreno**
Alysandra Martinez
221 N. Kansas | Suite 1700
El Paso, Texas 79901
915 546-5206 | O: 915 533-4424
915 546-5360
**rachel.moreno@kempsmith.com**
*Attorneys for Melissa J. Reeves-Evins*