IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WHITE SANDS FEDERAL CREDIT UNION,

    Plaintiff,

v.                                                      Case No. 2:23-cv-00966-KG-GBW

DAVID DANIEL, in his capacity as Personal
Representative of the Estate of Michael B. Evins,
MELISSA J. REEVES-EVINS, and AUDREY
EVINS,

    Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY AND BETWEEN AUDREY EVINS AND DAVID DANIEL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL B. EVINS**

THIS MATTER having come before the Court upon Audrey Evins' and David Daniel, as Personal Representative of the Estate of Michael B. Evins ("Daniel")'s Joint Motion for Order of Dismissal with Prejudice of All Claims by and Between Audrey Evins and David Daniel, as Personal Representative of the Estate of Michael B. Evins, the Court, having considered the Joint Motion, and being advised that the parties have resolved this matter, finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims, including cross claims, by Audrey Evins against Daniel, and all claims, including cross claims, by Daniel against Audrey Evins that were brought in this action are dismissed with prejudice. Each party shall bear their own costs and fees.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

By: */s/ Jamie L. Allen*
    Jamie L. Allen
    P.O. Box 2168
    Albuquerque, New Mexico 87103-2168
    (505) 848-1800
    jallen@modrall.com

*Attorney for Defendant Audrey Evins*

**STIPULATED BY:**

By: */s/ stipulated by Michele Ungvarsky via email 10/18/24*
Michele Ungvarsky
E-LAW NM, P.C.
1340 Picacho Hills Dr.
Las Cruces, NM 88007
(575) 556-2462
mu@e-lawnm.com

*Attorney for Defendant David Daniel,
as Personal Representative of the
Estate of Michael B. Evins*