IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WHITE SANDS FEDERAL CREDIT UNION,

    Plaintiff,

v.                                                     Case No. 2:23-cv-00966-KG-GBW

DAVID DANIEL, in his capacity as Personal
Representative of the Estate of Michael B. Evins,
MELISSA J. REEVES-EVINS, and AUDREY
EVINS,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY AND BETWEEN AUDREY EVINS AND MELISSA REEVES-EVINS

THIS MATTER having come before the Court upon Audrey Evins' and Melissa Reeves-Evins' ("Reeves-Evins") Joint Motion for Order of Dismissal with Prejudice of All Claims by and Between Audrey Evins and Melissa Reeves-Evins, the Court, having considered the Joint Motion, and being advised that the parties have resolved this matter, finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims, including cross claims, by Audrey Evins against Reeves-Evins, and all claims, including cross claims, by Melissa Reeves-Evins against Audrey Evins that were brought in this action are dismissed with prejudice. Each party shall bear their own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

By: */s/ Jamie L. Allen*
   Jamie L. Allen
   P.O. Box 2168
   Albuquerque, New Mexico 87103-2168
   (505) 848-1800
   jallen@modrall.com

*Attorney for Defendant Audrey Evins*

**STIPULATED BY:**

By: */s/ stipulated via email by Rachel Moreno 10/22/24*
Rachel C. Moreno (NM Bar No. 145683)
Kemp Smith LLP
221 N. Kansas St., Suite 1700
El Paso, Texas 79901
(915) 533-4424
Rachel.moreno@kempsmith.com

*Attorneys for Defendant/Cross-Claimant
Melissa J. Reeves-Evins*