IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WHITE SANDS FEDERAL CREDIT UNION,

    Plaintiff,

v.                                                Case No. 2:23-cv-00966-KG-GBW

DAVID DANIEL, in his capacity as Personal
Representative of the Estate of Michael B. Evins,
MELISSA J. REEVES-EVINS, and AUDREY
EVINS,

    Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY AND BETWEEN WHITE SANDS FEDERAL CREDIT UNION AND AUDREY EVINS**

    THIS MATTER having come before the Court upon White Sands Federal Credit Union and Audrey Evins' Joint Motion for Order of Dismissal with Prejudice of All Claims by and Between White Sands Federal Credit Union and Audrey Evins, the Court, having considered the Joint Motion, and being advised that the parties have resolved this matter, finds that the Motion is well-taken and should be GRANTED.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims by White Sands Federal Credit Union against Audrey Evins that were brought in this action are dismissed with prejudice. Each party shall bear their own costs and fees.

                                                                                      _____
                                                                                   UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

By:     */s/ Jamie L. Allen*
         Jamie L. Allen
         P.O. Box 2168
         Albuquerque, New Mexico 87103-2168
         (505) 848-1800
         jallen@modrall.com

*Attorney for Defendant Audrey Evins*


**STIPULATED BY:**


By: *stipulated by David Lutz via email 10/16/24*
David P. Lutz
Martin & Lutz, P.C.
P.O. Drawer 1837
Las Cruces, NM 88004-1837
(505) 526-2449
dplutz@qwestoffice.net

*Attorneys for Plaintiff White Sands Federal Credit Union*